STATE OF OREGON,
*Respondent,*

*v.*

WAI THOMAS YANG,
*Appellant.*

(96-1071; CA A99237)

984 P2d 953

Daniel Q. O'Dell, Deputy Public Defender, argued the cause and filed the brief for appellant. With him on the brief was David E. Groom, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Brewer, Judge, and Warren, Senior Judge.

PER CURIAM

Affirmed. *State ex rel Huddleston v. Sawyer*, 324 Or 597, 932 P2d 1145 (1997); *State v. Langdon*, 151 Or App 640, 950 P2d 410 (1997), *rev allowed* 327 Or 431 (1998).